United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **JUAN DARIEL VALADEZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| V. § | **CIVIL ACTION NO. 5:22-CV-16** |
| § | |
| **THE GEO GROUP, INC.,** § | |
| § | |
| **Defendant.** § | |

## ORDER

Before the Court is Plaintiff's Stipulation of Voluntary Dismissal, with Prejudice. (Dkt. No. 50).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, Plaintiff stipulates that he dismisses his claims with prejudice against Defendant. (Dkt. No. 50 at 1). Defendant consents to Plaintiff's stipulation of dismissal. (*Ibid.*).

Because the stipulation is signed by counsel for all remaining parties in this case, all of Plaintiff's claims were dismissed with prejudice effective upon the filing of the Stipulation of Dismissal, (Dkt. No. 50). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk of Court is hereby **DIRECTED** to terminate this case.

It is so **ORDERED**.

**SIGNED** on May 28, 2024.

John A. Kazen
United States District Judge